IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington, Arthur C | Case Number: 06 B 08462 |
|---|---|---|
| | Washington, Alice M | Judge: Wedoff, Eugene R |
| | Printed: 2/19/08 | Filed: 7/17/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 3, 2008
Confirmed: February 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,177.00 | |
| Secured: | | 7,718.84 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,000.00 |
| Trustee Fee: | | 458.16 |
| Other Funds: | | 0.00 |
| Totals: | 9,177.00 | 9,177.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Brookins & Wilson | Administrative | 1,000.00 | 1,000.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,890.44 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 21,704.58 | 5,082.00 |
| 5. | GMAC Mortgage Corporation | Secured | 61,720.77 | 2,636.84 |
| 6. | Illinois Dept of Revenue | Priority | 113.30 | 0.00 |
| 7. | Internal Revenue Service | Priority | 8,214.87 | 0.00 |
| 8. | Capital One | Unsecured | 181.66 | 0.00 |
| 9. | Capital One | Unsecured | 81.79 | 0.00 |
| 10. | Capital One | Unsecured | 110.69 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 233.68 | 0.00 |
| 12. | Mutual Hospital Services/Alverno | Unsecured | 49.02 | 0.00 |
| 13. | Jefferson Capital | Unsecured | 135.07 | 0.00 |
| 14. | Capital One | Unsecured | 157.02 | 0.00 |
| 15. | Cook County Treasurer | Unsecured | 14.21 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 73.95 | 0.00 |
| 17. | National Capital Management | Unsecured | 178.11 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 6.05 | 0.00 |
| 19. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 20. | Cardiology Associates of NW IN | Unsecured | | No Claim Filed |
| 21. | Focus Receivables Management LLC | Unsecured | | No Claim Filed |
| 22. | First National Bank | Unsecured | | No Claim Filed |
| 23. | Mechants & Professional Credit Bureau | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| 25. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington, Arthur C | Case Number: 06 B 08462 |
|---|---|---|
| | Washington, Alice M | Judge: Wedoff, Eugene R |
| | Printed: 2/19/08 | Filed: 7/17/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 27. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 28. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 96,865.21 | $ 8,718.84 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 299.20 |
| 5.4% | 158.96 |
| | _____ |
| | $ 458.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

